IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DELORES JANE KOVACIC, et al., | CASE NO.: 1:06 CV 2357 |
| Plaintiffs, | JUDGE O'MALLEY |
| | MAGISTRATE JUDGE VECCHIARELLI |
| -VS- | |
| TYCO VALVES & CONTROLS, L.P., et al. | **DEFENDANTS' MOTION _IN LIMINE_ TO PRECLUDE PLAINTIFFS FROM CALLING ANY WITNESSES OR PRESENTING ANY EXHIBITS** |
| Defendants. | |

Defendants, Tyco Valves & Controls, LP and Kunkle Valve, Division of Tyco International (US) Inc., (collectively referred to as "Tyco"), by counsel, request that this Court enter an Order prohibiting Plaintiffs from calling any witnesses or presenting any exhibits. Plaintiffs have failed to identify their witnesses or exhibits pursuant to the Federal Rules or this Court's Trial Order and therefore this information must be excluded under Federal Rule of Civil Procedure 37(c)(1). A Memorandum in Support is attached and incorporated by reference.

Respectfully submitted,

/s/ Adam C. Stacy
CHRISTINA J. MARSHALL (0069963)
JONATHAN M. MENUEZ (0064972)
ADAM C. STACY (79684)
Sutter, O'Connell & Farchione Co., LPA
3600 Erieview Tower
1310 East 9th Street
Cleveland, Ohio 44114
Phone: (216) 928-2200
Fax: (216) 928-4400
Email:  cmarshall@sutter-law.com
            jmenuez@sutter-law.com
            astacy@sutter-law.com

Attorneys for Defendants
Tyco Valves & Controls, L.P., and
Kunkle Valve, Division of Tyco
International (US) Inc.

1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DELORES JANE KOVACIC, et al., | ) | CASE NO.: 1:06 CV 2357 |
| | ) | |
| Plaintiffs, | ) | JUDGE O'MALLEY |
| | ) | MAGISTRATE JUDGE VECCHIARELLI |
| -VS- | ) | |
| | ) | |
| TYCO VALVES & CONTROLS, L.P., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE PLAINTIFFS FROM CALLING ANY WITNESSES OR PRESENTING ANY EXHIBITS**

**I.    Introduction**

This is a product liability case that arises out of an explosion involving a steam tractor engine in 2001.  This case was re-filed on September 28, 2006 in the Northern District of Ohio. The trial is scheduled to begin December 8, 2009.  However, Plaintiffs have not yet identified their exhibits or witnesses that they intend to utilize at trial and therefore they should not be able to present such evidence.

**II.    Law and Argument**

The Federal Rules of Civil Procedure outline what information must be disclosed prior to trial.  Pursuant to Fed.R.Civ.Pro. 26(a)(3),

> [A] party **must provide** to the other parties and promptly file the following information about the evidence that it may present at trial other than solely for impeachment:
>
> > (i)    the name and, if not previously provided, the address and telephone number of **each witness** –- separately identifying those the party expects to present and those it may call if the need arises;
>
> ***

2

> (iii) an identification of **each document or other exhibit**, including summaries of other evidence –– separately identifying those items the party expects to offer and those it may offer if the need arises.

(emphasis added). These disclosures must be made at least thirty days before trial, unless the court orders otherwise. Fed.R.Civ.Pro. 26(a)(3)(B).

In the present case, the Court has identified specific deadlines for such disclosures. On June 12, 2009, Judge Kathleen O'Malley filed a Trial Order which outlines the duties of the parties in preparation for trial. *(See, generally, Trial Order, attached hereto as Exhibit "A".)* Pursuant to Section Three of the Trial Order, each party shall provide a witness list to opposing counsel and the Court no later than twenty-one (21) days prior to the final pretrial. *Id.* According to Section Five of the Trial Order, the parties shall exchange and file their exhibit lists no later than twenty-one (21) days prior to the final pretrial. *Id.* The final pretrial is scheduled for November 24, 2009. *Id.* Therefore, Plaintiffs had to identify their witnesses and exhibits no later than November 3, 2009.

To date, Plaintiffs have failed to file either an exhibit list or a witness list. According to the Federal Rules of Civil Procedure this information must be provided to the opposing party, and in a timely manner. The appropriate remedy for this failure is to prevent Plaintiffs from introducing exhibits or witnesses at trial:

> If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), **the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial,** unless the failure was substantially justified or is harmless.

Fed.R.Civ.Pro. 37(c)(1)(emphasis added). In addition, the Court's Trial Order, Section Three reiterates the point made clear by the Federal Rules, "no witness will be permitted to testify at trial if his or her name is not provided to opposing counsel at this time." *(See, Trial Order, attached hereto as Exhibit "A".)*

3

Defendants have no knowledge of what exhibits Plaintiffs intend to introduce or what witnesses Plaintiffs intend to call. Therefore this information must be excluded at trial. To allow such evidence to come in would result in unfair surprise and substantial prejudice to Defendants. As such, this evidence must be excluded pursuant to the Federal Rules and this Court's Trial Order.

## III.    Conclusion

The Federal Rules of Civil Procedure and this Court's Trial Order mandate that each party disclose their witnesses and exhibits prior to trial. To date, Plaintiffs have failed to identify any of their witnesses or exhibits they intend to introduce at trial. As a result, Defendants request that this information be excluded from trial.

Respectfully submitted,

*/s/ Adam C. Stacy*
CHRISTINA J. MARSHALL (0069963)
JONATHAN M. MENUEZ (0064972)
ADAM C. STACY (79684)
Sutter, O'Connell & Farchione Co., LPA
3600 Erieview Tower
1310 East 9th Street
Cleveland, Ohio 44114
Phone: (216) 928-2200
Fax: (216) 928-4400
Email:  cmarshall@sutter-law.com
        jmenuez@sutter-law.com
        astacy@sutter-law.com

Attorneys for Defendants
Tyco Valves & Controls, L.P., and
Kunkle Valve, Division of Tyco
International (US) Inc.

4

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November, 2009, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

/s/ Adam C. Stacy
CHRISTINA J. MARSHALL (0069963)
JONATHAN M. MENUEZ (0064972)
ADAM C. STACY (79684)

5